# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. __21-mj-04337-McAliley__

UNITED STATES OF AMERICA

vs.

KEVIN REBOLLEDO,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     [ ] Yes [x] No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     [ ] Yes [x] No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     [ ] Yes [x] No

                                                          Respectfully submitted,
                                                          JUAN ANTONIO GONZALEZ
                                                          UNITED STATES ATTORNEY

BY:   /S/ Bertila Lilia Fernandez
        Bertila Lilia Fernandez
        Assistant United States Attorney
        Florida Bar No. 124092
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: 305-961-9099
        Email: Bertila.Fernandez@usdoj.gov

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   21-mj-04337-McAliley |
| Kevin Rebolledo | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 2020 - December 10, 2021  in the county of  Miami-Dade  in the
 Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution and receipt of child pornography |
| 18 U.S.C. § 2252(a)(4)(b) | Possession of child pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Michelle McDaniel
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  FaceTime

Date:  12/11/2021

_____
Judge's signature

City and state:  Miami, Florida    United States Magistrate Judge Chris M. McAliley
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michelle McDaniel, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since June 2021. I currently serve on the Violent Crimes against Children squad in the FBI's Miami Field Office. My duties include the detection and neutralization of human trafficking and child exploitation. I have received training on the proper investigative techniques for these violations including surveillance techniques; interviewing methods of subjects, witnesses, and victims; and the preparation and execution of arrest, search, and seizure warrants. I have experience in reviewing still images and videos containing sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and I have discussed and reviewed these materials with other law enforcement officers.

2. I am a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations, execute and serve search warrants, and make arrests for offenses enumerated in Title 18 of the United States Code, and for offenses against the United States.

3. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents involved in this investigation.

4. The information set forth in this affidavit is provided in support of the attached criminal complaint, charging KEVIN REBOLLEDO ("REBOLLEDO") with the following violations: distribution and receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2), and possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(b). This affidavit is intended only to establish probable cause and

does not include every fact known to law enforcement about this investigation.

## PROBABLE CAUSE

5.      The Kik Messenger application ("Kik") is an instant messaging mobile application owned by MediaLab.AI Inc. and is available for free download on both iOS and Android operating systems. Kik uses the data plan or Wi-Fi connection of an electronic device, such as a smartphone or a tablet, to send and receive messages, images, videos, mobile webpages, and other content. Kik users are required to register a username. Kik does not require users to register with a telephone number, allowing for user anonymity. Kik maintains a log of each user's internet protocol ("IP") address(es) that can confirm a user's location.

6.      In or around September 2020, a law enforcement officer serving in an undercover capacity ("UC") was a member of a certain chatroom group on Kik (the "GROUP"). The GROUP members are like-minded individuals who post and/or share videos and images of a pornographic nature including child pornography. Images and videos can be shared directly with the GROUP members or through links to other cloud-based websites, such as MEGA, that maintain images and video files. The GROUP has a membership capacity of approximately 50 members. The UC has previously viewed still images and videos appearing to depict suspected child pornography shared by members in the GROUP. The actual display name and Kik user identification name of the GROUP is known to me but will be withheld from this Complaint to protect ongoing investigations. If the GROUP name is publicly disclosed, it will harm the UC's online identity and ongoing investigations into other targets.

7.      While in the GROUP's chat room, the UC observed a GROUP member, with the Kik user Id diegocontreras896, share images and videos of child sexual abuse material.

8.      On or about September 2, 2020, diegocontreras896 shared the following videos to

the GROUP's chat room.[1]

    a. File name: IMG_7273.jpg (hereinafter referred to as "FILE 1")

    Length of file: N/A

    File description: image depicting an infant of unknown gender lying on their back with their anus being held open.

    b. File name: IMG_7270.mp4 (hereinafter referred to as "FILE 2")

    Length of file: 12 seconds

    File description: video depicting a nude infant female lying on her back and an adult male inserting his erect penis into her vagina. The adult male then ejaculates onto the infant.

    c. File name: IMG_7271.jpg (hereinafter referred to as "FILE 3")

    Length of file: N/A

    File description: image depicting a nude prepubescent female lying on her back and two adult men inserting their erect penis into the prepubescent female's anus and vagina.

9. Law enforcement served a subpoena on Kik requesting the subscriber and toll information associated with diegocontreras896. Kik provided records indicating that the subscriber's name was "Diego Contreras," and Diego Contreras's unconfirmed email address was diegocontreras896@yahoo.com. The subpoena return listed the Internet Protocol (IP) address associated with diegocontreras896's KIK activity as 66.176.214.244 (the "Target IP").

10. Law enforcement served a subpoena on Comcast for the subscriber information associated with the Target IP. Comcast provided subscriber records indicating that the Target IP

---

[1] The file names included in this complaint are not the original file names associated with the files; the file names were created when saved to the UC's electronic device.

was registered to a female, later identified as REBOLLEDO's mother, and the billing party as a male, later identified as REBOLLEDO's stepfather, at 2461 NE 184th Ter, North Miami Beach, FL 33160 (the "Target Residence").

11. Law enforcement served a subpoena on Oath Holding Inc., for the subscriber information associated with the unconfirmed email address diegocontreras896@yahoo.com. Oath Holding Inc.'s response provided the name associated with the email account, Diego Contreras, and a verified telephone number, 754-204-1043 (the "Target Telephone Number").

12. Further investigation at the Target Residence revealed that REBOLLEDO resided there with his mother and stepfather.

13. Law enforcement compared diegocontreras896's Kik profile picture, which depicted the bottom half of REBOLLEDO's face, to REBOLLEDO's driver's license photo and determined that the photos were consistent with depicting the same person, REBOLLEDO. For example, the same chain earing can be seen in both photos.

14. Law enforcement sent a letter to REBOLLEDO requesting that he contact them regarding a social media fraud scam. REBOLLEDO contacted law enforcement using the Target Telephone Number in response to the letter and agreed to come to the FBI Miami Field Office on December 10, 2021, for a voluntary interview. During the interview, REBOLLEDO made certain admissions about his participation in the GROUP causing law enforcement to read REBOLLEDO his *Miranda* rights.

15. In his post-*Miranda* statement, REBOLLEDO admitted that the diegocontreras896 Kik account was his, that he was the person depicted in the diegocontreras896's Kik profile picture, and that he used the Kik account to receive and distribute child pornography. REBOLLEDO told law enforcement that Kik banned his account.

4

16. REBOLLEDO defined child pornography as pornography of anyone under the age of 18 years old and admitted to knowing that sending and receiving child pornography was wrong.

17. REBOLLEDO was shown a picture of FILE 1, and he admitted to sending that photo to the GROUP. REBOLLEDO did not remember the image in FILE 3. FILE 2, a video, was not shown to REBOLLEDO.

18. REBOLLEDO claimed that he did not masturbate to child pornography, but rather that he would masturbate to the messages sent by GROUP members in reaction to the child pornography that he sent. He claimed that this was why he would save child pornography files he received from one individual and distribute it to others.

19. During the post-*Miranda* interview, REBOLLEDO told law enforcement that on his phone there was a "Mega" folder[2] containing approximately 40 videos of child pornography that he previously received. REBOLLEDO further admitted to law enforcement that he transmitted child pornography to two individuals on the "Telegram" application.[3] REBOLLEDO stated that the child pornography files he sent and received on "telegram" included files depicting infants and toddlers.

20. Based on REBOLLEDO's statement, law enforcement asked if he would provide consent to search his cell phone. REBOLLEDO provided law enforcement with written consent.

21. During a preliminary search of REBOLLEDO's phone, and specifically the Telegram application, law enforcement confirmed that as recently as December 6, 2021, REBOLLEDO sent and received child pornography using the application.

22. A preliminary forensic extraction of REBOLLEDO's phone also revealed multiple

---

[2] The Mega application is a cloud storge and file hosting service.
[3] Telegram is a freeware, cross platform, cloud based instant messaging system.

videos of containing suspected child pornography saved to the "Mega" Application. Three of the videos are described below:

   a. File Name: 2021-05-09 15.26.04.mov

   Length of file: 12 seconds

   File description: video depicting an erect penis being inserted into a baby's mouth.

   b. File Name: 2021-05-09 15.26.01.mov

   Length of file: 33 seconds

   File description: video depicting what appears to be an adult male masturbating over a baby and ejaculating in the baby's mouth.

   c. File Name: toddler.mp4

   Length of file: 4 minutes 6 seconds

   File description: video depicting what appears to be an adult male inserting his erect penis into the anus of a toddler aged boy and ejaculating on to the buttocks of the toddler.

**[SPACE INTENTIONALLY LEFT BLANK]**

## CONCLUSION

23. Based on the aforementioned information, I respectfully submit that there is probable cause to charge Kevin REBOLLEDO with the offenses of receipt and distribution of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2), and possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT MICHELLE MCDANIEL
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by Facetime, this 11th day of December 2021,
in Miami, Florida.

_____
HONORABLE CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE