Case 1:22-cr-20008-FAM   Document 15   Entered on FLSD Docket 01/19/2022   Page 1 of 6

FILED by KS D.C.
Jan 18, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-20008-CR-MORENO/GOODMAN**

18 U.S.C. § 2252(a)(2) and (b)(1)
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

KEVIN REBOLLEDO,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Distribution of Child Pornography**
**(18 U.S.C. § 2252(a)(2) and (b)(1))**

On or about September 2, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant

**KEVIN REBOLLEDO**

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

<u>**COUNT 2**</u>
**Receipt of Child Pornography**
**(18 U.S.C. § 2252(a)(2) and (b)(1))**

On or about May 31, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KEVIN REBOLLEDO**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

<u>**COUNT 3**</u>
**Possession of Child Pornography**
**(18 U.S.C. § 2252(a)(4)(B) and (b)(2))**

On or about December 10, 2021, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**KEVIN REBOLLEDO,**

did knowingly possess matter, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **KEVIN REBOLLEDO**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

3. The property subject to forfeiture as result of the alleged offense includes, but is not limited to, the following, one (1) iPhone 12.

All pursuant to Title 18, United States Code, Section 2253(a) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
BERTILA LILIA FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

KEVIN REBOLLEDO

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

☑ Miami  ☐ Key West  ☐ FTL
☐ WPB    ☐ FTP

New defendant(s)  ☐ Yes  ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days        ☑
   II   6 to 10 days       ☐
   III  11 to 20 days      ☐
   IV   21 to 60 days      ☐
   V    61 days and over   ☐

   (Check only one)
   Petty        ☐
   Minor        ☐
   Misdemeanor  ☐
   Felony       ☑

6. Has this case previously been filed in this District Court? (Yes or No)  No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  Yes
   If yes: Magistrate Case No.  21-mj-04337-CMM
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No)  No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No

*Bertila Fernandez*
Bertila Lilia Fernandez
Assistant United States Attorney
FLA Bar No.        124092

\*Penalty Sheet(s) attached                                              REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Kevin Rebolledo

**Case No:**

Count #: 1

Distribution of Child Pornography

Title 18, United States Code, Section 2552(a)(2) and (b)(1)

**\*Max. Penalty**: 20 years' imprisonment

Count #: 2

Receipt of Child Pornography

Title 18, United States Code, Section 2552(a)(2) and (b)(1)

**\*Max. Penalty**: 20 years' imprisonment

Count #: 3

Possession of Child Pornography

Title 18, United States Code, Section 2552(a)(4)(B) and (b)(2)

**\*Max. Penalty**: 20 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**