# CRIMINAL CALENDAR CALL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE **FEDERICO A. MORENO** Presiding

Case No. 22-20008-CR-MORENO          Date: June 14, 2022

Clerk: **Shirley Christie**          Reporter: **Gilda Pastor-Hernandez**

USPO: N/A          Interpreter: N/A

**UNITED STATES OF AMERICA vs.** KEVIN REBOLLEDO

AUSA: Bertila Fernandez

Defendant(s) Counsel: Kathleen Mollison, AFPD

**Defendant(s):** Present_____ Not Present xxx          In Custody_____

Reason for hearing: **Calendar Call for the two-week trial period beginning:**

June 21, 2022

Result of hearing: **Change of Plea Hearing set for June 15, 2022 at 9:45 a.m.**

**Time is EXCLUDABLE pursuant to 18 U.S.C. § 3161(h)(8)**

MISC: _____

TIME:   2 minutes