UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20008-CR-MORENO

**UNITED STATES OF AMERICA,**

    Plaintiff,
vs.

**KEVIN REBOLLEDO,**

    Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been **SET** for a

**CHANGE OF PLEA HEARING**

**WEDNESDAY, JUNE 15, 2022 at 9:45 a.m.**

before the Honorable **FEDERICO A. MORENO,** United States District Judge, in Courtroom 12-2, 12th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida 33128.

Dated: 06/14/2022

                                     **ANGELA NOBLE**
                                     CLERK OF COURT

cc:

AUSA:
All counsel of record

                            By: _____
                                 **SHIRLEY CHRISTIE**
                                 Courtroom Deputy