UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20008-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                **CHANGE OF PLEA MINUTES**

KEVIN REBOLLEDO,

        Defendant.
_____/

On June 15, 2022 the above-named defendant appeared in person before the Honorable FEDERICO A. MORENO, United States District Judge, with counsel, Kathleen Mollison, AFPD, counsel appointed by the Court, and said defendant stated in Open Court that he desires to withdraw his plea of not guilty heretofore entered and desire to enter a plea of guilty as to Count ONE of the Indictment.

After the defendant was duly sworn, the Court made inquiry as to guilt.  The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

The Court postponed sentencing until August 29, 2022 at 9:30 a.m.

Court Reporter:   Gilda Pastor-Hernandez        AUSA: Bertila Fernandez

Deputy Clerk: Shirley Christie.                  INTERPRETER:   N/A

Court Time:    24 minutes