UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-20008-CR-MORENO**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**KEVIN REBOLLEDO,**

    Defendant.
_____/

### ORDER DENYING MOTION TO CONTINUE SENTENCING HEARING

THIS CAUSE came before the Court upon the United States of America's unopposed motion to continue sentencing hearing **[D.E. #36]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion to continue sentencing hearing is **DENIED** as counsel can postpone jury duty, arrive late for jury date or obtain another prosecutor to appear. The sentencing hearing will remain set for **Monday, August 29, 2022 at 9:30 a.m.**

DONE and ORDERED in Miami-Dade County Florida this 25 day of August 2022.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
U.S. Probation