**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-20008-CR-MORENO

FILED BY ___KP___ D.C.
Aug 25, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN REBOLLEDO,

    Defendant.
_____/

## DEFENDANT'S MOTION TO FILE UNDER SEAL

    The defendant, Kevin Rebolledo, hereby moves this Honorable Court to file under seal (1) the attached Sealed Notice of Filing Psychological Reports and (2) the attached Sealed Addendum to Sentencing Memorandum, in support of sentencing.

    Respectfully Submitted,

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

BY:    */s Kate Mollison*
       Kate Mollison
       Assistant Federal Public Defender
       Special A No. A5502482
       150 West Flagler Street
       Suite 1700
       Miami, Florida 33130-1556
       Tel: 305-530-7000/Fax: 305-536-4559
       E-Mail Address: Kate_Mollison@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date of filing, undersigned counsel emailed a copy to:

**Bertila Fernandez**
Assistant U.S. Attorney
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
(305) 961-9444
Email: bertila.fernandez@usdoj.gov

*/s/ Kate Mollison*
Kate Mollison