**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-20008-CR-MORENO

FILED BY ___KP___ D.C.
Aug 25, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN REBOLLEDO,

    Defendant.

_____/

## DEFENDANT'S SEALED ADDENDUM TO SENTENCING MEMORANDUM

The defendant, Kevin Rebolledo, through undersigned counsel, respectfully files this sealed addendum to his sentencing memorandum, filed under seal due to the cooperation with law enforcement discussed herein. A copy of this filing will be provided to government counsel on the day of filing.

As outlined in his sentencing memorandum, Mr. Rebolledo immediately cooperated with law enforcement in this case. Specifically, upon his arrest, Mr. Rebolledo provided authorization to law enforcement to assume his online identity and his cell phone to find, contact, and arrest other child pornography offenders on messaging applications. This cooperation has led to exceptional results, deserving of a significant variance from the guideline range in this case.

First, as outlined in the factual proffer, Mr. Rebolledo received some of the child pornography images in this case from an individual named Sergio Romero. After Mr. Rebolledo was arrested and provided consent to law enforcement to assume

his online identity, law enforcement (operating in an undercover capacity) used Mr. Rebolledo's online identity to message Sergio Romero on the Telegram application. Law enforcement soon learned Mr. Romero's identity along with other inculpatory information, including acts of physical sexual abuse of minors perpetrated by Mr. Romero. *See United States v. Sergio Romero*, Case No. 22-CR-20009-BB, Complaint, DE 1. Less than two weeks after Mr. Rebolledo provided his consent to law enforcement, the agents found and arrested Mr. Romero. Mr. Romero has now been indicted federally, and the case is pending before Judge Bloom. A superseding indictment charges Mr. Romero with production of child pornography, along with distribution, receipt, and possession. (DE 29).

After Mr. Romero's arrest, he also provided law enforcement permission to use his online identity. Acting in an undercover capacity under Mr. Romero's name, law enforcement located another Telegram user, Alejandro Alvarez, who was also distributing child pornography. Law enforcement then arrested Mr. Alvarez, who is now charged in a case pending before this Court. *See United States v. Alejandro Alvarez*, Case No. 22-CR-20030-FAM. Mr. Alvarez was charged with multiple counts of distribution and possession of child pornography (DE 8), and he recently pled guilty to distribution. Investigation in his case also revealed that Mr. Alvarez had physically sexually abused minor children. *See* Complaint, DE 3.

Finally, using Mr. Romero's online identity, law enforcement also located another Telegram user who was engaged in conduct related to child abuse and pornography, Jeffrey Adam Webster. Mr. Webster has now been charged with

attempted receipt of child pornography in a case pending before Judge Gayles. *See United States v. Jeffrey Adam Webster*, Case No. 22-CR-20086-DPG. Investigation in that case revealed that Mr. Webster had admitted to sexually abusing multiple children while traveling abroad. *See* Complaint, DE 1.

Put simply, Mr. Rebolledo's cooperation with law enforcement has resulted in *three* new, unrelated federal indictments—all for defendants who are alleged to have engaged in the production of child pornography, physical sexual abuse of minors, or both. This is some of the most serious conduct that can be alleged in such cases—more severe than the conduct alleged in Mr. Rebolledo's case, which does not involve any allegations physical or "hands-on" abuse. And *none* of these defendants would have been found or arrested, but for Mr. Rebolledo's agreement with law enforcement that they could assume his online identity expressly for this purpose. For example, Mr. Romero's arrest was a direct result of Mr. Rebolledo's consent. And because Mr. Romero seems to have been both a producer of child pornography and prolific content distributor in this online community, he had multiple contacts that have also now been arrested: Mr. Alvarez and Mr. Webster. In short, Mr. Rebolledo's cooperation has provided significant and substantial assistance to law enforcement in its investigation of child pornography and related instances of child abuse, including in the prosecution of at least three new federal cases.

The extensive and exceptional nature of this cooperation provides yet another reason that this Court should vary downward in Mr. Rebolledo's case. And this is consistent with the Eleventh Circuit's position that a sentencing court may consider

and vary downward under the statutory authority of § 3553(a) to account for a defendant's cooperation, even when the government has not filed a motion for downward departure under § 5K1.1. *See, e.g., United States v. Moses*, 380 F. App'x 844, 845 (11th Cir. 2010) (affirming district court's downward variance, which explained that it granted it "based on [defendant]'s cooperation with law enforcement officials and the severity of his statutory mandatory sentences.").

WHEREFORE, for the reasons stated above and in his sentencing memorandum, the Defendant, Kevin Rebolledo, respectfully requests that this Court impose a sentence of below the advisory guideline range, at the applicable mandatory minimum.

Respectfully Submitted,

**MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER**

BY: /s Kate Mollison
Kate Mollison
Assistant Federal Public Defender
Special A No. A5502482
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000/Fax: 305-536-4559
E-Mail Address: Kate_Mollison@fd.org

**CERTIFICATE OF SERVICE**

  I hereby certify that on the date of filing, undersigned counsel emailed a copy to:

**Bertila Fernandez**
Assistant U.S. Attorney
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
(305) 961-9444
Email: bertila.fernandez@usdoj.gov

              */s/ Kate Mollison*
              Kate Mollison