UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Sentencing Minutes for Hon. Federico A. Moreno

DATE **08/29/2022** DEFT **KEVIN REBOLLEDO** CASE NO. **22-20008-CR-MORENO**

REPORTER **Gilda Pastor-Hernandez** CLERK **Shirley Christie**

AUSA **Bertila Fernandez** DEFT. COUNSEL **Kate Mollison, AFPD**

USPO **Clara Lyons** INTERPRETER **N/A**

( ) Deft. failed to appear – WARRANT ISSUED. Bond forfeited.

( ) Sentencing continued until ___.

(xxx) JUDGMENT AND SENTENCE

**Imprisonment:** **100 MONTHS**

(xxx) **Custody of Defendant**

(xxx) Remanded to the United States Marshal

( ) Voluntary Surrender to (designated institution or U.S. Marshal) on

( )Commitment recommendation: ___

**Supervised Release:** **LIFE**

**Assessment:** **$100.00**

**Other: (Fine, restitution, etc.)** No Fine. Restitutio-$3,000.00

**(xxx) Additional comments:** Defendant's Motion to Seal is DENIED

COURT TIME: 53 minutes