UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20008-CR-MORENO

UNITED STATES OF AMERICA,

v.

KEVIN REBOLLEDO,

    Defendant.
_____/

**UNOPPOSED MOTION TO AMEND JUDGMENT**

    Kevin Rebolledo, through undersigned counsel, respectfully submits this unopposed motion to amend the judgment, pursuant to Fed. R. Crim. P. 36, and in support states the following.

    Mr. Rebolledo was convicted of one count of distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). On August 29, 2022, he was sentenced by this Court to 100 months in custody, followed by lifetime supervised release. (D.E. 43).

    Due to undersigned counsel's oversight, counsel at the sentencing hearing failed to request that the Court recommend to the Bureau of Prisons that Mr. Rebolledo be committed to a facility in South Florida, so that he can be located near his family. Undersigned counsel has conferred with AUSA Bertila Fernandez regarding this request, who has no opposition. Mr. Rebolledo therefore respectfully requests that the Court amend the judgment to include this recommendation.

WHEREFORE the defendant, Kevin Rebolledo, respectfully requests that the Court recommend to the Bureau of Prisons that he be designated to a facility in South Florida.

                              Respectfully Submitted,

                              MICHAEL CARUSO
                              FEDERAL PUBLIC DEFENDER

By:       */s/Kate Mollison*
                              Kate Mollison
                              Assistant Federal Public Defender
                              Florida Special A No. A5502482
                              150 W. Flagler Street, Suite 1700
                              Miami, Florida 33130
                              Tel: 305-530-7000
                              E-Mail Address: kate_mollison@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **September 9, 2022**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              */s/Kate Mollison*