UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20008-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN REBOLLEDO,

    Defendant

_____/

### ORDER DENYING MOTION TO AMEND JUDGMENT

THIS CAUSE came before the Court upon defendant's unopposed motion to amend judgment **[D.E. #45]** and the Court being fully advised in the premises, it is

**ORDERED and ADJUDGED** that said motion to amend judgment is **DENIED** in view of the security concerns for the defendant because of the nature of the conviction.

DONE and ORDERED in Miami-Dade County Florida this 21st of September 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record